**FREEMAN MATHIS & GARY, LLP**
**Attorneys at Law**
**By: JENNIFER L. WARD, ESQUIRE**
**CHRISTOPHER M. CURCI, ESQUIRE**
**Attorney ID Numbers: 85019/309820**
**1800 John F. Kennedy Blvd.**
**Suite 1500**
**Philadelphia, PA 19103**
**Phone: (267) 758-6009**
**Fax: (267) 239-0050**
**Emails: jward@fmglaw.com/ccurci@fmglaw.com**
**Attorneys for Defendant, National Board of Osteopathic Medical Examiners, Inc.**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **STANLEY A. STEIN,**<br>**Plaintiff,**<br><br>**v.**<br><br>**NATIONAL BOARD OF OSTEOPATHIC MEDICAL EXAMINERS, INC.,**<br><br>**Defendant.** | **Civil Action No: 2:16-cv-04119-TJS** |

## DISCLOSURE STATEMENT FORM

**Please check one:**

_X__ The nongovernmental corporate party, National Board of Osteopathic Medical Examiners, Inc., in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

____ The nongovernmental corporate party,___________________, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more:

Respectfully submitted,

FREEMAN MATHIS & GARY, LLP

*/s/ Christopher M. Curci*
Christopher M. Curci, Esquire
Jennifer L. Ward, Esquire
Freeman Mathis & Gary, LLP
1800 John F. Kennedy Blvd.

Suite 1500
Philadelphia, PA 19103
ccurci@fmglaw.com
jward@fmglaw.com
*Attorneys for Defendant*

DATED: August 2, 2016

**CERTIFICATE OF ELECTRONIC FILING AND SERVICE**

I, Christopher M. Curci, Esquire, attorney for Defendant, National Board of Osteopathic Medical Examiners, Inc., hereby certify that on August 2, 2016, I served a true copy of the foregoing *Rule 7.1 Statement* on the following counsel for Plaintiffs by way of the court's ECF filing system to the following counsel and interested parties of record:

Stewart C. Crawford, Jr., Esquire
THE LAW OFFICES OF STEWART C. CRAWFORD & ASSOCIATES
doing business as CRAWFORD LAW
55 N. Lansdowne Avenue
Lansdowne, Pa 19050

Dated: August 2, 2016

By: */s/ Christopher M. Curci*______________
CHRISTOPHER M. CURCI, ESQUIRE

**** This document is available for viewing and downloading from the ECF System. ****