IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STANLEY A. STEIN | : | CIVIL ACTION |
| v. | : | |
| NATIONAL BOARD OF OSTEOPATHIC MEDICAL EXAMINERS, INC. | : | NO. 16-4119 |

## ORDER

**NOW**, this 28th day of September, 2016, the issues between the parties in this action having been settled, it is **ORDERED** that this action is **DISMISSED** with prejudice pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure.

    /s/Timothy J. Savage
    TIMOTHY J. SAVAGE, J.